STATE of Missouri, Respondent,

v.

Lester Kareem EDWARDS, Appellant.

WD 79590

Missouri Court of Appeals,
Western District.

SEPTEMBER 12, 2017

Evan J. Buchheim, Jefferson City, for Respondent.

Amy M. Bartholow, Columbia, for Appellant.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

PER CURIAM:

Lester Edwards appeals his conviction for sale of a controlled substance, section 195.211, RSMo Cum. Supp. 2013. In his sole point on appeal, he contends that the trial court erred in overruling his *Batson* challenge to the prosecutor's peremptory strike of a venireperson. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of conviction is affirmed. Rule 30.25(b).